ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JAN 25  PM 2: 22

DEPUTY CLERK _____

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ARTHUR CARSON,
*

PLAINTIFF,

*

V.
*

DANA ARNETTE, in Her Official*
Capacity as Manager of Intake & Placement
Dallas County Housing Authority, Texas *
*
CAROLYN STOVALL, IN Her Official Capacity,
As intake Rep for Low Income & Section 8 Housing,*
Of Dallas County, Texas;
*
DEFENDANTS.
*
*******************************************

3 - 1 1 0 V 0 1 3 9   B

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

I. PRELIMINARY STATEMENT

(1).Plaintiff brings this action based on  Equal Treatment Under the Fourteenth Amendment of the

United States Constitution, contemporaneously with the Due Process Clause , accord the Fifth-

Amendment of the United States Constitution, for the arbitrary denial of admission, termination of

Assistance from the " Dallas Housing Authority"  hereinafter "DHA". Where Plaintiff were denied

Fair participation in the Section 8 or Low Income Housing Program operated by the Dallas Housing

Authority.

(2).This dispute stem from the DHA use of false Criminal History Information in addition to Plaintiff's

Own twenty-two Year Old Conviction, and not allowing Plaintiff to dispute the inaccurate information

Before or after termination of Assistance, see 24 CFR 5.903(f).

(3). The DHA has a Legal obligation to use accurate Criminal Background information from a Law-

Enforcement Agency, where the Defendant's used a Internet Company, whom used Uncertified

documents., Contrary to Title 24 CFR 5.903.

(4).The Defendant's lack of due process and disenfranchisement of Plaintiff on a twenty-two year old

Conviction do not afford Plaintiff the same Access to Residential Rent subsidy or low-income housing

To aid Lower income Families in obtaining a decent place to live, to which Plaintiff seeks a declaratory

Termination of this practice or custom of exclusion. Since no evidence were given to establish

Plaintiff engaged in current criminal activity , or any within a reasonable time, 24 CFR 982.553(c)(2);

Other than use of inaccurate data supplied by a Non- Law Enforcement Agency.

(5). Additionally, this action is based on the DHA's termination of Assistance for "Criminal-

Activity without specifying any evidence, which were vague and ambiguous.

(6). The Plaintiff, ARTHUR CARSON, is A Natural Person, residing in Dallas County, Texas.

His Family consists of Himself and Common-Law Wife, whom both are Disable, and live below poverty

Standards.

(7). The Defendants, DANA ARNETTE, is the Manager of Intake and Placement for DHA, and

Responsible for administering the section 8 subsidy program to the poor, and conducting the Informal

Review of any Termination of housing assistance, pursuant to Title 24 CFR 982.554.

(8). The Defendant, CAROLYN STOVAL, is the Intake and Placement person to make the determination

Of Criminal Activity based on inaccurate Criminal Activity, and with-holding said documents from

Plaintiff to view, as per 24 CFR 982.55 "DISCOVERY".

Plaintiff has vowed to refrain from any Violent acts since His 1988 Conviction,

And willing to refrain from any violent actions to others . Defendant's actions were

improper under HUD "Housing of- Urban Development" Guidelines, pursuant to the Waiver Clause.

(9). The Defendant's have circumvented and created law, by denying aid to Low-income Families,

See Title 42 U.S.C. 1437f, coupled with the fact Plaintiff is disable and live off a meager SSI Monthly

Payment of $674.

(10). The right to have the DHA Hearing Officer's decision from the Review process to state the

Elements of fact or law on which the decision to uphold the termination of assistance was based

is unclear, whether the DHA used the unauthentic background report or relied on Plaintiff's old

Conviction, or both. Nevertheless, because of Plaintiff's age, (56); and disabilities, "Physical and Mental",

The unreasonable misuse of HUD's Regulation is contrary to Section 504 of the Rehabilitation Act of

1973, 29 U.S.C. 794, as defined by 29 U.S.C. 706(7).

If Plaintiff's twenty-two year old conviction cause the termination of assistance, this One Strike

Practice have led to blanket exclusion of Plaintiff from HUD Assisted housing or Section 8

Programs because Plaintiff is a Ex-felon. It should be Noted that Plaintiff is eligible to Vote in

The State of Texas as an Ex-felon, yet denied subsidize housing is absurd and a barrier to basic

Services.

(11). The Defendant's failure to use a "Reasonable Time" for considering Criminal Activity allows

The DHA to consider past criminal activity infinitely , and goes beyond what is required by current

Federal law.

(12). The Section 8 program is governed by 42 U.S.C. 1437f, and other related sections of 42 U.S.C.-

1437; its basic purpose is to provide lower income Families with safe, decent and sanitary housing.

The federal regulations of the statue are found at 24 CFR part 982.

(13). Plaintiff seeks a declaration that the termination of His section 8 assistance violates substantive

Provisions of 24 CFR 982.552 and the due process requirements of 24 CFR 982.555 and the due process

Clause of the Fourteenth Amendment of the United States Constitution.

(3)

(14). Jurisdiction is conferred on this Court by 28 U.S.C. 1331 in that this is a "Federal Question"

Litigation comprising a civil action arising under the laws of the United States.

(15). Jurisdiction is also conferred by 28 U.S.C. 1343(a) (3,4).

(16). Plaintiff's claims for declaratory and injunctive relief are authorized by 28 U.S.C. 2201, and 2202

With respect to all Defendants.

(17). As pertinent hereto, the section 8 Program permits "Permissive prohibitions" in denial of admission

And termination of assistance for criminals and alcohol abusers " if the Housing Authority determines that

Any household member is currently engaged in, or has engaged in during a reasonable time before the

Admission", 24 CFR 982.553(B)(2)(ii). However the question remains, what is a Reasonable time before

Ex-felons can enjoy the basic assistance from the Government?

## I. FACTUAL ALLEGATIONS:

On July 21,2010, PLAINTIF, applied for section 8or rent subsidy for low income housing,(confirmation-

NO.96853226) with the Defendants. On 12/13/10, Carolyn  Stoval, notified   Plaintiff by mail that the

DHA were withdrawing assistance for "Criminal Activity";

 On 12/16/10, Plaintiff made via fax, a request for informal review, 24 CFR 982.554, and request for

Public information request for files relating to the withdrawal and the criminal activity. A request

Were made   in addition to Carolyn Stoval,  Sheniqua  Showers, DHA  Represenative. However, the

Defendants ignored Plaintiff request for discovery of documents. After learning of  the background

Company used, Plaintiff contacted the company, whom later provided twenty-four pages of someone

Bearing the same name as Plaintiff but not plaintiff, e.g., "different dates of birth, different middle names,

Etc.,". Plaintiff filed a complaint with the Better Business Bureau  regarding  the lack of authentication

Of background  records. The company agreed to revise its report, yet failed to do so.

(4)

On 1/04/2011, during the Review Hearing conducted by Dana Arnette, DHA manager of Intake,

Plaintiff presented as evidence the Background check company agreement with the Better Business

Bureau to revise its report, that placed the Defendant's on notice again that its reliance on this report

Were erroneous.

Plaintiff also presented at the Hearing a written objections to the withdrawal of housing assistance,

And the lack of due process for refusing to allow any dispute of the use of inaccurate criminal background

Records . Plaintiff also requested a Waiver from any reliance of His past criminal conviction, pursuant to

DHA FY-2010-PHA 5-Year annual Plan regarding criminal history activity , page 20, sec. (b)(4).

On 01/07/2011, Defendant Arnette, sent Plaintiff a letter of denial from the Review Hearing.

No elements of fact which this decision were based were given, see attached, Exhibit-(B).

No element of law regarding the issues raised during the hearing are present, e.g.,"The lack of

Of a Law Enforcement Agency doing the Background check," or the inaccurate records used.

No factual elements were given of Plaintiff's so call "Criminal Activity".

(a). The Defendants have unlawfully terminated assistance to Plaintiff without any proof, since

Reliance on non-Law Enforcement records have deprived Plaintiff of a Right secured by the laws of the

United States under color of state law, in violation of 42 U.S.C. 1983.

(b). Defendants have Violated Plaintiff's rights under the Freedom of Information Act, pursuant to

5 U.S.C. 552.

(5)

( c ). The statutory phrase, Elements of due process is defined by HUD at 24 CFR 966.53 (c ); the

Defendants ignored this element;

( d). The DHA has abused its discretion by ignoring the Mitigating circumstances of Plaintiff's

Disabilities, Age, and HUD's Waiver Clause regarding old Convictions.

(e ). The Defendants have Violated Plaintiff's Right to Equal Treatment with the imposition of

Permanent civil disabilities against Plaintiff.

## III.PRAYER:

WHEREFORE, Plaintiff Prays that this Court will:

1). Declare that the Defendants have violated 42 U.S.C. 1983 in failing to accord Plaintiff the

Procedural rights guaranteed to Him by 24 CFR 982.555, and the Due Process Clause of the

Fourteenth Amendment of the United States Constitution.

2). Declare that Defendants have violated 42 U.S.C. 1983, by terminating Plaintiff's section 8

Or low income Housing assistance opportunity.

3). Enjoin the Defendants to reinstate assistance, forthwith, Plaintiff's section 8 eligibility.

4). Grant such other and further relief to Plaintiff as may be just and Equitable under the

Circumstances.

I Arthur Carson, Swear the foregoing statements made herein are true and correct.

Dated this _24th_ day of _Jan_____,2011.



# Dallas Housing Authority

3939 N. Hampton Rd., Dallas, TX 75212 |Phone: 214.951.8300|Fax: 214.951.8800| www.dhadal.com

12/28/2010

**ARTHUR CARSON**
**2608 HIGHLAND RD 110**
**DALLAS, TX 75228**

RE:     CLIENT #: 00010002850

## NOTICE OF INFORMAL REVIEW

Dear ARTHUR CARSON:

The Dallas Housing Authority (DHA) has received your request for an Informal Review of the decision withdrawing your application for housing assistance. Please be advised that a review has been scheduled in the Intake and Placement Division at the central office of DHA, located at 3939 North Hampton Road, Dallas, Texas 75212, for the following date and time:

Tuesday, 01/04/2011 at 8:30am

Please be on time. If you are more than 15 minutes late, it will be considered a "no show," and your application will remain withdrawn. If you are unable to keep this appointment, please call 214-224-3611 or 214-224-3614. You will be re-scheduled **only one** time.

Only evidence submitted at this meeting/review will be considered. Therefore, please bring with you to this meeting/review any evidence that is relevant to the decision to withdraw your application for housing assistance.

Sincerely,

Manager of Intake & Placement

cc: file

DHA is a Fair Housing and Equal Opportunity Agency
Individuals with disabilities may contact the 504/ADA Coordinator at 214.951.8348,
TTY 1.800.735.2989 or 504ADA@dhadal.com

WL Notice Of Informal Review – June 2010

Exhibit-(1)

**COMPLAINT ACTIVITY REPORT** Case # 91166433    **Better Business Bureau of Metropolitan Dallas, Inc.**

| .Consumer Info: | Carson, Arthur | Business Info: | Backgroundchecks Com |
|---|---|---|---|
| | 2608 Highland Rd 110 | | 12770 Coit Rd Ste 1150 |
| | Dallas, TX  75228 | | Dallas, TX  75251-1366 |
| | 214 457-9276 214 324-5667 | | 866 300-8524 |

**Location Involved:**    (Same as above)

**Consumer's Original Complaint :**
The dallas Housing Authority contracted with Backgroundchecks.com to investigate My background for Housing.On 12/02/10,REPORT #36431410 a twenty four page report and summary were made and sent to
the Housing Authority.On 12/13/10,My appliction for an Apartment were denied based on this Report,in that the first Nine pages are false or relates to someone with a simular name,but different Dates of Birth and other distinctions.On 12/16/10, I ask Backgroundcheck by phone & Fax to correct the error in this Report, all to No avail.this Negiligent made Report has impeded My ability to obtain emergency housing from the Dallas Housing Authority.

**Consumer's Desired Resolution:**
Prepare an Amended/Corrected Report to the dallas Housing Authority.

**BBB Processing**

| 12/16/2010 | web | BBB | Case Received by BBB |
|---|---|---|---|
| 12/17/2010 | JER | BBB | Case Reviewed by BBB |
| 12/17/2010 | Otto | EMAIL | Send Acknowledgement to Consumer |
| 12/17/2010 | Otto | EMAIL | Notify Business of Dispute |

12/28/2010    WEB    BBB    RECEIVE BUSINESS RESPONSE : Consumer submitted a request for reinvestigation of the report supplied to DHA and as a result of our investigation the report has been updated accordingly and both DHA (the client) and the consumer have been notified of the results.

| 12/28/2010 | PAL | EMAIL | Forward Business response to Consumer |
|---|---|---|---|

12/29/2010    WEB    BBB    CUSTOMER DISSAT - MEMBER COMPANY - BBB REVIEW : (The consumer indicated he/she DID NOT accept the response from the business.)
            I HAVE NOT received any response from this Business and they have not allowed Me to review this allege revision, nor has it changed the decision made by DHA from the first errouneous Report denying Me housing because of the fabricated Report negligently made.

| 12/29/2010 | LAY | MAIL | BBB Review Consumers Response |
|---|---|---|---|

EXhiBiT (A



# Dallas Housing Authority



EQUAL HOUSING
OPPORTUNITY

3939 N. Hampton Rd., Dallas, TX  75212 |Phone:  214.951.8300|Fax:  214.951.8800| www.dhadal.com

01/07/2011

ARTHUR CARSON
2608 HIGHLAND RD 110
DALLAS, TX 75228

RE: Informal Review Decision

Dear ARTHUR CARSON:

According to the Housing Authority of the City of Dallas, Texas (DHA) Procedure 6004.1, Section E, you are hereby notified that your request to re-instate your application for housing has been denied. This decision is based on DHA's Admissions and Continued Occupancy Policy 600-1, Section I, Subsection F (Eligibility for Admissions).

Thank you for your interest in the Dallas Housing Authority.

Sincerely,

Dana Arnette
Intake & Placement
214-951-8443

EXHIBIT (B)

DHA is a Fair Housing and Equal Opportunity Agency
Individuals with disabilities may contact the 504/ADA Coordinator at 214.951.8348,
TTY 1.800.735.2989 or 504ADA@dhadal.com

WL Appeal Denial - Dec. 2008

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

RECEIVED
BY ____
JAN 25 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**ORIGINAL**

## I. (a) PLAINTIFFS
Arthur carson

**DEFENDANTS**
Dana Arnette, Carolyn Stoval, and Dallas Housing Authority, et al.

(b) County of Residence of First Listed Plaintiff  **DALLAS**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **DALLAS**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

3-11CV0139 B

(c) Attorney's (Firm Name, Address, and Telephone Number)  PRo-se
ART CARSON, 2608 HighLAND Rd. #110
DALLAS, TX. 75228 - Ph# 214-324-5667

Attorneys (If Known)
DHA - 3939 N. HAmpton Rd. / Ph# 214-951-8300
DALLAS, TX. 75212

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☒ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
42 USC 1983
Brief description of cause:
Due Process Violation Termination of Housing Assistance

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED: (See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE  01/24/11

SIGNATURE OF ATTORNEY OF RECORD  _Arthur Carson_

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____





7010 0290 0002 1634 8320

CERTIFIED MAIL

7010 0290 0002 1634 8320

75242

1000

UNITED STATES
POSTAL SERVICE

ART CARSON
2608 HighLand Rd #10
DALLAS, TX 75228

UNITED STATES DISTRICT C
NORTH DISTRICT OF TEXAS
1100 Commerce St.
DALLAS, TX 75242