IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR CARSON § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 3-11-CV-0139-B |
| § | |
| DANA ARNETTE, ET AL. § | |
| § | |
| Defendants. § | |

## ORDER SPECIFYING FURTHER ACTION TO BE TAKEN BY THE CLERK

Pursuant to the provisions of 28 U.S.C. § 1915, permission was previously granted for the above named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.

**The Clerk of the Court shall take the following indicated action:**

( )  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record. No further process shall issue except upon further order of the Court.

( X )  A true copy of this order shall be mailed to each plaintiff or plaintiff's attorney of record, the Clerk of the Court shall issue summons and the United States Marshal's Service shall serve process on the following defendant(s):

**Dana Arnette**
Dallas Housing Authority
3939 N. Hampton Road
Dallas, Texas 75212

**Carolyn Stovall**
Dallas Housing Authority
3939 N. Hampton Road
Dallas, Texas 75212

It is further **ORDERED** that, at all times during the pendency of this action, plaintiff(s) shall immediately notify the Court of any change of address and its effective date. Such notice shall be captioned "NOTICE TO THE COURT OF CHANGE OF ADDRESS." The notice shall contain **only** information pertaining to the change of address and its effective date. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of the complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**After docketing, this action shall be:**

( )  Referred to Magistrate Judge Kaplan for further proceedings and/or findings and recommendation.

( X )  Referred to a Judge of the District Court for further action as may be appropriate.

SIGNED this 22nd day of February, 2011.

UNITED STATES MAGISTRATE JUDGE